# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PAUL CRISWELL**                                                                                 **PLAINTIFF**

**v.**                              **No: 4:21-cv-00537-JM-PSH**

**RODNEY WRIGHT**, *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed.[1] After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Criswell's claims are dismissed as moot and for lack of standing.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith.

DATED this 18th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court granted Plaintiff an extension of time to file his objections, the time to file objections has passed.