## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PAUL CRISWELL**                                                                    **PLAINTIFF**

**v.**                                   **No: 4:21-cv-00537-JM-PSH**

**RODNEY WRIGHT,** *et al.*                                                 **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 18th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE